# EXHIBIT B

# Photograph of Defendants' Lure

