IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Z-Man Fishing Products, Inc. and )
Holding One, Inc. )
) Civil Action No.: 2:10-CV-2171-CWH
     Plaintiff, )
)
Vs. )
)
Joseph F. Renosky and Renosky Lure, Inc., )
)
     Defendants. )

## AFFIDAVIT OF JOSEPH F. RENOSKY

The undersigned, being duly sworn, states:

1. My name is Joseph F. Renosky. I am over the age of eighteen (18) years, I have personal knowledge of the matters contained in this Affidavit, and I give this Affidavit voluntarily and free from coercion.

2. I am the owner and operator of Renosky Lure, Inc ("Renosky Lure").

3. I have been in the fishing lure business for over fifty (50) years. I have designed over two hundred fifty (250) different fishing lures and I have numerous patents issued that relate to fishing lures and fishing lure designs.

4. I have been a long-time supplier of fishing lure products to Wal-mart and my products have generally performed well at retail.

5. The Renosky Lure brand is recognized by customers and its logo is very distinct.

6. In March, 2006, I talked with Mr. Ron Davis, the developer of the Chatterbait product, about placing a blade on top of a stick bait. At that time, Mr. Davis advised me that for several years he had tried to do this but did not have success using the Chatterbait blade.

7.  Soon after my discussion with Mr. Davis in March 2006, Plaintiffs purchased Mr. Davis' fishing lure business.

8.  In July, 2007, I delivered to Mr. Davis, now an advisor for Plaintiffs, my blade design (the "Renosky blade") and my stick bait lure for him to test in order to give Plaintiffs the opportunity to decide whether Plaintiffs would endorse my Renosky blade and stick bait.

9.  Plaintiffs decided to endorse my Renosky blade and stick bait under the name "Chatter Trickstick."

10. On August 7, 2007, Plaintiffs placed a first purchase order with CFetter Imports, an importer with manufacturing facilities in China, to produce a four (4) inch stick bait to be sold by Plaintiffs in a Christmas kit featuring the Chatter Trickstick with the Renosky blade.

11. On November 5, 2007, I filed a design patent application on the Renosky blade.

12. Plaintiffs continue marketing my stick bait product under the name Chatter Trickstick having the Renosky blade. In fact, Plaintiffs' 2011 Catalog includes the Chatter Trickstick line of products with the Renosky blade.

13. To be clear, the Renosky blade that Plaintiffs currently sell with the Chatter Trickstick is the identical blade sold with my J-Will Rocker lure referred to in Plaintiffs Complaint.

14. Renosky Lure and Plaintiffs combined, have sold well over 100,000 fishing lures having the Renosky blade. And, again, Plaintiffs continue selling lures with the Renosky blade.

15. The Plaintiffs' blade referred to in its Complaint is an irregular hexagon. It has six (6) sides, six (6) different lengths, and three (3) different inside angles.

16. There are at least ten (10) blades on the market that would fit in the die that punches Plaintiffs' blade. Those blades include Gambler (see attached Exhibit 1), Lil' Hustler (see attached Exhibit 2), Strike King Pure Poison (see attached Exhibit 3), Phenix Bait - Red-BL/flake (see attached Exhibit 4), Bobby D's (see attached Exhibit 5), D & M Payara Vibrating Jig (see attached Exhibit 6), Fishing Magician Voo-Doo (see attached Exhibit 7), Spro Shake & Bake (see attached Exhibit 8), Revenge Baits Vibrator (see attached Exhibit 9) and Eaker Shaker (see attached Exhibit 10).

17. The Renosky blade is an irregular hexagon with six (6) sides and four (4) different lengths.

18. The lengths and inside angles on the Renosky blade compared to Plaintiffs' blade are different. Attached as Exhibit 11 is a comparison of the dimensions of Plaintiffs' blade (Chatterblade) and the Renosky Lure's blade (Rockerblade).

19. As illustrated in Exhibit 11, the Renosky blade is fifteen percent (15%) smaller than the Plaintiffs' blade.

20. Also, the Renosky blade is different than Plaintiffs' blade in that the Renosky blade will make a stick bait work. As a result, I patented the shape of the Renosky blade. Again, Plaintiffs' blade will not work on stick bait, whereas the Renosky blade will.

21. I am familiar with the fishing lure described in Plaintiffs' U.S. Pat. No. 7,726,062, and I am well aware of its design flaws.

22. The Plaintiffs' fishing lure has a body with a wire loop fixed within and extending from the forward portion of the body.

23. In early 2010, I designed a fishing lure that includes a wire loop that is movable as it pivots or slides along the forward portion of the lure body.

24. The Renosky fishing lure design has a number of advantages over the Plaintiffs' design. One important advantage is that the Renosky design with the movable loop starts easier than the Plaintiffs' fixed loop design. When I say "starts easier" I mean in application the blade attached to my body design begins hitting the lure body sooner than does the blade on Plaintiffs' fixed loop design. An advantage to these type of lure designs is the noise caused by the blade tapping the body. The noise attracts the fish. Again, with my movable loop design, the tapping noise starts sooner which is an advantage.

25. Renosky Lure has been a supplier of fishing lure products to Wal-mart for over 25 years. Wal-mart is a large national big box retailer and the largest seller of fishing lures in the nation.

26. Prior to 2011, Renosky Lure was the distributor of Plaintiffs' Chatterbait products in Wal-mart. Plaintiffs were not the supplier to Wal-mart, Renosky Lure was the supplier and Plaintiffs were allocated space in the Wal-mart stores solely through its distributor, Renosky Lure.

27. Based upon information and belief, starting in 2011, Maurice Sporting Goods is the distributor of Plaintiffs' Chatterbait products in Wal-mart. Plaintiffs are not a supplier to Wal-mart, Maurice Sporting Goods is the supplier and Plaintiffs are

allocated space in the Wal-mart stores solely through its current distributor, Maurice Sporting Goods.

28. There have been years when I have supplied over 100 stock-keeping units, also referred to as pegs in Wal-mart stores.

29. In 2010, on thirty-nine (39) of the pegs supplied by Renosky Lure to Wal-mart, Renosky Lure merchandised Plaintiffs' Chatterbait products as a distributor for Plaintiffs. Renosky Lure also supplied over seventy (70) additional Wal-mart pegs with products manufactured by Renosky Lure.

30. In 2010, Jim Enneking, the sporting goods buyer for Wal-mart, advised me that Wal-mart had decided to remove Plaintiffs' Chatterbait products from seven (7) of the thirty-nine (39) pegs due to the poor sales or non performance of the Chatterbait line of fishing lures. The remaining thirty-two (32) pegs in Wal-mart remain supplied with Chatterbait products through Plaintiffs new distributor, Maurice Sporting Goods.

31. I did not encourage nor have any input in Wal-mart's decision to remove the Plaintiffs' Chatterbait products from the seven (7) pegs.

32. The Chatterbait line of fishing lures were not removed from the seven (7) pegs due to any actions of Renosky Lure. They were removed solely because the products were not performing according to standards of Wal-mart.

33. I am familiar with the Fishing Gear On Sale site referenced as Exhibit C in Plaintiff's Memorandum In Support Of Motion For Temporary Restraining Order. This page originated from the Bass Pro Catalog, 2007 Edition.

34. I recall that in 2007 I spoke with the buyer of Bass Pro, Ron Manrose, about this advertisement and the use of the Renosky name with Chatterbait. Mr.

Manrose advised me that he combined the names because at that time Renosky Lure was the distributor of record for the Chatterbait products.

35. Since 2007, to my knowledge neither Bass Pro or any other marketing source has combined the Renosky name with Chatterbait as shown in Plaintiffs' Exhitit C.

36. The granting of a temporary restraining order would be devastating to Renosky Lure's business.

37. If Renosky Lure were required to remove its products from Wal-mart, that would not only damage its long-time relationship with Wal-mart, but would leave Renosky Lure with over $200,000.00 worth of product which Renosky Lure paid to have manufactured and which was allocated to Wal-mart.

FURHTER AFFIANT SAITH NOT.

Executed this 2 day of MAY, 2011.

_____
Joseph F. Renosky

STATE OF PENNSYLVANIA )
                      ) SS:
COUNTY OF INDIANA     )

Before me, the undersigned, a Notary Public, residing in and for the aforesaid county and state, personally appeared the said JOSEPH F. RENOSKY who being first duly sworn upon his oath, did swear to the truth of the above and foregoing this 2ND day of MAY, 2011.

My Commission Expires:
APRIL 18 2015
_____
Signature of Notary Public

My County of Residence:
INDIANA
DAVID P. KOCHES
Printed Name of Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
David P. Koches, Notary Public
Indiana Boro, Indiana County
My Commission Expires April 18, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# New Products




## Roboworm
The 7 1/2-inch **RoboTail** worm has great swimming action and is ideal for enticing picky fish. It is available in nine colors, including People's Worm. The **Pitchin' Kraw** and **SourPuss** are both creature baits that differ only in the shape of their appendages.
✉ www.roboworm.com; 877-GET-ROBO

## Northland Fishing Tackle
Northland is introducing several new lures in its popular Slurpies line of soft plastic baits: **Jerk Shad, Swim Shad, Swim Shiner, Swim'n Grubs, Shiner Tubes, 4" Ringworm** and **Dip-Stick Worm**. Also new are the **Mimic Minnow Shiner** and **Mimic Minnow Shad**, as well as the **Thumper Jig**. ✉ www.northlandtackle.com; 218-751-6723



## Creek Chub
The **Wooden Jointed Pikie** (8 inches) and **Wooden Pikie** (7 inches) are made for muskies, pike, stripers or other large predator fish.
✉ www.creekchub.com; 479-782-8971



## Gambler Lures
The **Swim Blade** is the company's answer to the Chatterbait. Also new are the 7-inch **Loco Lizard**, 4-inch **Tail Chaser** trailer and 8-inch **Flapp'n Tail** shad.
✉ www.gambler-lures.com; 954-969-1772



## Bitin' Titan Lures
Bitin' Titan **Spoons** will now be available with a single red hook. ✉ www.bitintitan.com

## Heavycover.com
With a Web site as innovative as its weedless **Spinnerbait** design, Heavycover.com allows you to build your own completely customized spinnerbait from the comfort of your desk chair. ✉ www.heavycover.com

**EXHIBIT 1**

# New Products



V-Crank Wake from River2Sea

Crawlin' Croaker from River2Sea

Hula Shad from River2Sea

S-Waver from River2Sea

## River2Sea
**Crawlin' Croaker**, the newest lure in the croaker line, has a lip that allows the lure to wobble across the surface. Also new from the company: **Crystal Buzz** buzzbait; **S-Waver**, a swimbait; the **Hula Shad** spinnerbait; and the **V-Crank**, **V-Crank Wake** and **V-Joint Minnow** hard baits.
▪ www.river2seausa.com; 510-237-2405



Magnum Zara Spook from Heddon

## Heddon
**Magnum Zara Spook** (7 inches) and **Super Magnum Zara Spook** (8 inches) are wooden topwater baits for anglers who pursue everything from muskie to peacock bass.
▪ www.heddonlures.com; 479-782-8971

## Conquistador Tackle
The **Shaky Worm** is a hand-poured, shaky finesse worm available in 16 colors and designed for drop shotting with Conquistador's **Shaky Head** jig. ▪ www.conquistadortackle.com; 602-867-5051

Shaky Worm from Conquistador Tackle



Chit Chat Lil' Hustler

## Lil' Hustler
Designed for fishing in and around cover, the **Chit Chat** swimming jig is available in eight colors.
▪ www.lilhustler.com; 603-224-8856

## Rapala
Joining the Rapala family are the **Minnow Rap**, a Shad Rap action in a minnow profile; **X-Rap Deep 10**, a deep-diving addition to the successful X-Rap series; and **X-Rap 12**, the largest in the line. New colors are also available, including a "bleeding" series in the classic Rapala baits. Also new are the **X-Rap Walk 13**, **X-Rap Magnum**, 03 size DT (Dives-To) **Flat Series** and DT Flat SureSet Series. ▪ www.rapala.com; 952-933-7060



X-Rap Magnum from Rapala

X-Rap Deep from Rapala

X-Rap Walk 13 from Rapala

X-Rap 12 from Rapala

Minnow Rap from Rapala

EXHIBIT 2





## Customers Who Bought Related Items Also Bought

Page 1 of 1(

**Strike King Bleeding Bait Mini-King Spinnerbait** by Strike King
(3)
$3.35 - $6.39

**Strike King Bleeding Spinnerbait - Willow / Willow** by Strike King
$4.67 - $9.83

**Strike King Denny Brauer's Premier Pro-Model J...** by Strike King
$3.15 - $7.22

**Strike King Red Eye Shad Bait** by Strike King
$4.08 - $10.88

## Product Features

- It's a jig, it's a spinnerbait, it's a?Extreme Action Swimming Jig!
- This new lure has a unique head design, blade and harness that produce incredible action and vibration.
- The Perfect Skirt with Magic Tails gives enhanced action compared to regular skirts and the colors match the head.
- A long shank premium hook ensures great hook-ups.
- The 3D eyes give a realistic appeal and the special split ring line tie is strong and secure.

# www.HookProShop.com
### Your California Delta Hunting and Fishing Superstore

View Cart/Checkout
# of Items: 0
Subtotal: $0.00

Hover for search tip...

**HOME** | **SPECIALS** | **USED GUNS** | **EVENTS** | **TOURNAMENT** | **SHIPPING** | **CONTACT** | **ABOUT**

**Log in**
username:
password:
Log In
New User? Register

Top >> FISHING >> BAITS >> CHATTERBAIT

## 00937, PHENIX BAIT CO. RED-BL/FLAKE 3/8 OZ.



**Products**

Collapse All | Expand All
- ACCESSORIES
- APPAREL
- BROWNING CAMO 40% OFF
- BOATING
- ELECTRONICS
- EYEWEAR
- FISHING
- GIFTS
- SHOOTING
- BASS PRO SHOP

**Special Web Pricing**
- 25% OFF
- 15% OFF
- 12% OFF
- 10% OFF
- 5% OFF

**Regular Price** ~~$5.99~~
**HookProShop Price** $5.39
**Quantity** 1

Submit    Continue Shopping

General Info
Availability
Similar Items

PHENIX ROD & BAIT CO, VIBRATOR JIG, 3/8 OZ., RED-BLACK/FLAKE

**Links**
- Weather
- Tide Charts
- Sunrise Data
- Facebook

**EXHIBIT 4**

# www.HookProShop.com
### Your California Delta Hunting and Fishing Superstore

View Cart/Checkout
# of Items: 0
Subtotal: $0.00 

| HOME | SPECIALS | USED GUNS | EVENTS | TOURNAMENT | SHIPPING | CONTACT | ABOUT |

**Log in**
username:
password:
Log In
New User? Register

Products

Collapse All | Expand All
- ACCESSORIES
- APPAREL
- BROWNING CAMO 40% OFF
- BOATING
- ELECTRONICS
- EYEWEAR
- FISHING
- GIFTS
- SHOOTING
- BASS PRO SHOP

Special Web Pricing

- 25% OFF
- 15% OFF
- 12% OFF
- 10% OFF
- 5% OFF

Links

Weather
Tide Charts
Sunrise Data
Facebook

Top >> FISHING >> BAITS >> CHATTERBAIT

## 55875, BOBBY D'S DELTA CRAW 1/2 OZ.

**Regular Price** ~~$7.99~~
**HookProShop Price** $7.19
**Quantity** 1

Submit    Continue Shopping

General Info
Availability
Similar Items

GRINDER, 1/2 OZ., SILVER BLADE, DELTA CRAW

Hover for search tip...

**EXHIBIT 5**

http://www.hookproshop.com/    ₁=55875    4/26/2011

HOME     VIEW CART     MY ACCOUNT     WISHLIST

SEARCH ITEMS:     Go

Free Priority Shipping on Orders over $50. Click For Details

Shop By Brand

Return to Product Details Page

QUICK LINKS

Click on one of the photos below for a larger view...

New Items
Hot Items
Monster Exclusives
Specials

CATEGORIES

Specialty Items
　Accessories
　Apparel
　Tackle Storage & Bags
　Tournament Gear
　Sunglasses
　Outcast Boats
　Punch/Flippin Rigs
　Bass Jam 2010 Goods
　Bass Angler Mag
Rods
　Abu Garcia
　Daiwa Bass Rods
　Dobyns
　Falcon Rods
　G. Loomis Rods
　iRod
　Lamiglas (all Rods)
　Powell
　Quantum Bass Rods
　Shimano
　St Croix Bass Rods
　Rogue Rods
　W&M - Skeet Rods
Casting Reels
　Abu Garcia
　Daiwa
　Quantum
　Shimano
　W&M - Skeet Reese
Spinning Reels
　Daiwa
　Quantum
　Shimano
　W&M - Skeet Reese
Soft Plastic Baits
　Craws
　Grubs
　Creature
　Jerk/Rip/Fluke
　Lizards
　Stick
　Trailers
　Tubes
　Worms
Hard Plastic Baits
　All Crankbaits
　Shallow Cranks 1-6
　Mid Cranks 6-10
　Deep Cranks 10+
　Lipless
　Lucky Craft Specials
　Rip/Jerk
　Sexy-Foxy Shad Baits
　Top Water
Hooks
　Basic Hooks
　Treble Hooks
　Trailer Hooks
　Specialty Hooks
　Swimbait Hooks
Jigs
Spinnerbaits
Buzzbaits
Vibrating Jigs
Frogs
Spoons

**EXHIBIT 6**







# Eaker Shaker+



Baits are not included.

| STYLE | DESCRIPTION | SIZE | RETAIL |
|---|---|---|---|
| ESP001 NICKEL | For 1/64 to 1/8 oz. Jigs, Flies, Small Soft Plastic Baits | 0 | 1.91 |
| ESP002 BRASS | For 1/64 to 1/8 oz. Jigs, Small Soft Plastic Baits | 0 | 1.91 |
| ESP101 NICKEL | For 1/16 to 1/4 oz. Jigs, Small Soft Plastic Baits | 1 | 2.02 |
| ESP102 BRASS | For 1/16 to 1/4 oz. Jigs, Srnall Soft Plastic Baits | 1 | 2.02 |
| ESP201 NICKEL | For 1/4 to 1/2 oz. Jigs, Medium Small Soft Plastic Baits | 2 | 2.27 |
| ESP202 BRASS | For 1/4 to 1/2 oz. Jigs, Medium Small Soft Plastic Baits | 2 | 2.27 |
| ESP301 NICKEL | For 3/8 to 1 oz. Jigs, Medium to Large Soft Plastic Baits | 3 | 2.27 |
| ESP302 BRASS | For 3/8 to 1 oz. Jigs, Medium to Large Soft Plastic Baits | 3 | 2.27 |
| ESP401 NICKEL | For 1/2 to 1 1/2 oz. Jigs, Soft Plastic Baits | 4 | 2.78 |
| ESP402 BRASS | For 1/2 to 1 1/2 oz. Jigs, Soft Plastic Baits | 4 | 2.78 |
| ESP501 NICKEL | For 3/4 oz. Jigs, Soft Plastic Baits | 5 | 3.79 |
| ESP502 BRASS | For 3/4 oz. Jigs, Soft Plastic Baits | 5 | 3.79 |
| ESP601 NICKEL | For 1 oz. Jigs, Large Soft Plastic Baits | 6 | 3.79 |
| ESP602 BRASS | For 1 oz. Jigs Large Soft Plastic Baits | 6 | 3.79 |
| ESP701 NICKEL | For 1 1/2 oz. Jigs, Offshore Soft Plastic/Natural Baits | 7 | 4.29 |
| ESP702 BRASS | For 1 1/2 oz. Jigs, Offshore Soft Plastic/Natural Baits | 7 | 4.29 |
| ESP801 NICKEL | For 2 oz. Jigs, Offshore Soft Plastic/Natural Baits | 8 | 4.80 |
| ESP802 BRASS | For 2 oz. Jigs Offshore Soft Plastic/Natural Baits | 8 | 4.80 |




1998 Best of Show - Category Winner

EAKER SHAKER is one of the most exciting fishing lure accessories to ever enter the market. The EAKER SHAKER PLUS adds flash, vibration, noise, wiggle and slows the fall on leadhead jigs and soft plastic baits. Simple attach the EAKER SHAKER to your jig head with a duo-snap, then cast and retrieve. Your jigs and soft plastic baits will swim with lifelike motion adding a whole new dimension to your fishing arsenal. Great for fresh and saltwater fishing.

EXHIBIT 10

## COMPARISON OF BLADES BY LENGTH

## CHATTERBAIT vs ROCKERHEAD

Bottom lengths are common at 2.0 millimeters.

Other 5 sides are different

### CHATTERBLADE

Bottom left and right ( 2.1 millimeter)

Top left and right ( 2.0 millimeter )

Widest Point ( 3.0 millimeter )

Top of blade ( 1.0 millimeter )

### ROCKERBLADE

Bottom left and right ( 1.4 millimeter )

Top left and right ( 2.7 millimeter )

Widest Point ( 2.7 millimeters )

Top of Blade ( 0.5 millimeters )

Two common inside anglers and 4 different angles




**EXHIBIT 11**